| PROB 22<br>(Rev. 01/24) | **TRANSFER OF JURISDICTION** | X FILED ___RECEIVED<br>___ENTERED ___SERVED ON<br>5/29/2026<br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF NEVADA<br>BY:_____ **MAM** DEPUTY | DOCKET NUMBER *(Transferring Court)*<br>CR-24-06519-001-TUC-JCH<br>(JR) |
|---|---|---|---|

| NAME AND ADDRESS OF<br>PROBATIONER/SUPERVISED RELEASEE<br><br>David Braneil Kidd | DISTRICT<br>District of Arizona | DIVISION<br>4: Tucson |
|---|---|---|

| | NAME OF SENTENCING JUDGE<br>John C Hinderaker<br>United States District Judge | |
|---|---|---|

| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>1/30/2026 | TO<br>1/29/2029 |
|---|---|---|---|

OFFENSE
Violating Title 8, U.S.C. §1324(a)(1)(A)(ii) and (a)(1)(B)(i),Transportation of Illegal Aliens for Profit, a Class C Felony offense

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Prosocial ties

**PART 1- ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, David Braneil Kidd, be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

5/20/2026
_____
Date

_____
John C. Hinderaker
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2- ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT DISTRICT OF NEVADA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 1, 2026
_____
Effective Date

_____
United States District Judge